IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPY OPTIC, INC., a California corporation,<br><br>    Plaintiff<br><br>vs.<br><br>ALIBABA.COM, INC., a Delaware corporation; ALIBABA HONG KONG LIMITED, a Hong Kong corporation and DOES 1 through 10, inclusive<br><br>    Defendants | Case No. 3:14-cv-4527 EMC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: January 29, 2015<br>Time: 9:30am<br>Ctrm: 5<br><br>Hon. Edward M. Chen |

Pursuant to Plaintiff, Spy Optic Inc.'s Unopposed Motion for Continuance of Case Management Conference filed January 15, 2014, good cause exists to extend the Case Management Conference.

IT IS HEREBY ORDERED that the Case Management Conference is continued to ___2/19/15___, 2015 at __9:30__ (am/~~pm~~). Joint CMC Statement due a week before the hearing.

Dated: ___1/15/15___   _____
Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

Case No. 3:14-cv-4527 EMC
ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE