Kit M. Stetina (SBN 82,977)
William J. Brucker (SBN 152,551)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371
Attorneys for Plaintiff
SPY OPTIC, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPY OPTIC, INC., a California corporation,<br><br>    Plaintiff<br><br>vs.<br><br>ALIBABA.COM, INC., a Delaware corporation; ALIBABA HONG KONG LIMITED, a Hong Kong corporation and DOES 1 through 10, inclusive<br><br>    Defendants | Case No. 3:14-cv-4527 EMC<br><br>**VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Hon. Edward M. Chen |

Since the Complaint has not yet been served on Defendants Alibaba.com, Inc. and Alibaba Hong Kong Limited, Plaintiff Spy Optic, Inc. hereby dismisses this action without prejudice against both Defendants pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: January 28, 2015        STETINA BRUNDA GARRED & BRUCKER

                By: /s/William J. Brucker
                    Kit M. Stetina
                    William J. Brucker
                    Attorneys for Plaintiff
                    SPY OPTIC, INC.